

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/18/2009

| | | |
|---|---|---|
| In re: MOORE, David & Lisa | § § | |
| BETHANY FULTON and MISSY LINER, | § § § | |
| Plaintiffs, | § § | Case No. 08-31536 |
| vs. | § § | Adversary No. 08-03185 |
| DAVID MOORE & LISA MOORE, | § § § | CHAPTER 7 |
| Defendants. | § | |

### ORDER ON EMERGENCY MOTION FOR CONTINUANCE

Came before the Court the Debtors' motion for continuance. The Court, having considered said motion, finds that it should be granted. It is therefore ordered that the trial of this cause be continued until _____.

SIGNED: _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

MOOT
Trial has been re-set to July 22, 2009 at 10:45 a.m.; Courtroom 401, Houston, Texas.

*[signature]*
MAY 18 2009

3